**20**

ly based finding that the public convenience and necessity did not warrant its granting, [etc.]" it must be remembered that we did not describe, even in a permanent certification, what constituted a soundly based finding of want of public convenience and necessity. It certainly does not require the conclusion of "findings" as a part of the decisional process and it does not require that such "soundly based finding" of want of public convenience and necessity be posited on the particular record developed in a proceeding which, under the Act, is taken "without notice or hearing."

We affirm the Order of the Commission.

PER CURIAM.

The success of the appeal in this case must depend upon our finding that the trial court's determination that action of the defendant Union, of which the appellants were members, was arbitrary or discriminatory against appellants and his class. To the contrary, we find that the evidence fully warranted the findings of the trial court and its conclusion to the effect that "The equities are with the Intervenor and the Union and against the plaintiff, and the defendant Union has the right to negotiate with the defendant Railroad for modification of the 1952 merger agreement."

The judgment of the trial court is

Affirmed.

---

C. O. BOLT, individually and on behalf of similarly situated employees of the Atlantic Coast Line Railroad Company, Appellant,

v.

JOINT COUNCIL DINING CAR EM-PLOYEES et al., Appellees.

No. 19108.

United States Court of Appeals Fifth Circuit.

April 10, 1962.

Allen G. Siegel, Marion Shepard and Sidney E. Lewis, Jacksonville, Fla., for appellant.

Lawrence Renfroe, Tallahassee, Fla., Morton H. Silver, Miami, Fla., Clark W. Toole, Jr., Ragland, Kurz, Toole & Martin, Jacksonville, Fla., for appellee, Atlantic Coast Line Railroad Co.

Claude Pepper Law Offices, Tallahassee, Fla., for intervenor-appellee.

Before TUTTLE, Chief Judge, and BROWN and BELL, Circuit Judges.

EMPLOYING LITHOGRAPHERS OF GREATER MIAMI, FLORIDA, Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

AMALGAMATED LITHOGRAPHERS OF AMERICA and Local 78, Amalgamated Lithographers of America, Respondents.

Nos. 18988, 18853.

United States Court of Appeals Fifth Circuit.

March 29, 1962.